Office Mailing Address:                                                    Send Payments **ONLY** to:
Albert Russo, Trustee                                                     Albert Russo, Trustee
PO Box 4853                                                                     PO Box 933
Trenton, NJ  08650-4853                                            Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 23-11518 / MEH**

Vincent J Puglisi                                                            Petition Filed Date: 02/27/2023
                                                                                    341 Hearing Date: 03/30/2023
                                                                                    Confirmation Date: 07/26/2023

Case Status: Open / Confirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2024 | $515.00 | | 02/12/2024 | $515.00 | | 03/11/2024 | $515.00 | |
| 04/15/2024 | $515.00 | | 05/13/2024 | $515.00 | | 06/10/2024 | $515.00 | |
| 07/15/2024 | $515.00 | | 08/12/2024 | $515.00 | | 09/10/2024 | $515.00 | |
| 10/15/2024 | $515.00 | | 11/12/2024 | $515.00 | | 12/09/2024 | $515.00 | |

**Total Receipts for the Period:  $6,180.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $11,217.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Vincent J Puglisi | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,680.00 | $2,680.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2019-2020 | Priority Creditors | $14,653.76 | $5,358.00 | $9,295.76 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2018 | Unsecured Creditors | $4,052.92 | $0.00 | $4,052.92 |
| 3 | DISCOVER BANK | Unsecured Creditors | $20,902.63 | $0.00 | $20,902.63 |
| 4 | NAVIENT | Unsecured Creditors | $936.06 | $0.00 | $936.06 |
| 5 | HARLEY-DAVIDSON CREDIT CORP.<br>»» 2019 HARLEY DAVIDSON FLDE DELUXE | Debt Secured by Vehicle<br>No Disbursements: Surrendered - Full Satisfact | $0.00 | $0.00 | $0.00 |
| 6 | USB LEASING LT<br>»» 2022 TOYOTA TACOMA/LEASE ASSUMED | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $3,079.70 | $0.00 | $3,079.70 |
| 8 | NJ DIVISION OF TAXATION<br>»» 2019-2020 | Priority Creditors | $733.20 | $268.09 | $465.11 |
| 9 | CITIBANK, N.A.<br>»» WAWA CREDIT CARD | Unsecured Creditors | $1,602.33 | $0.00 | $1,602.33 |
| 10 | M&T BANK<br>»» P/19 FONTANA ST/1ST MTG/AMERIHOME | Mortgage Arrears | $1,183.47 | $1,183.47 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» CARECREDIT | Unsecured Creditors | $3,364.82 | $0.00 | $3,364.82 |

**Chapter 13 Case No. 23-11518 / MEH**

| SUMMARY | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 1/23/2025: | | | |
| Total Receipts: | $11,217.00 | Plan Balance: | $19,055.00 ** |
| Paid to Claims: | $9,489.56 | Current Monthly Payment: | $515.00 |
| Paid to Trustee: | $785.00 | Arrearages: | $0.00 |
| Funds on Hand: | $942.44 | Total Plan Base: | $30,272.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE***!  Register today at www.ndc.org or scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**