| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| Standing Chapter 13 Trustee | PO Box 933 |
| PO Box 4853 | Memphis, TN  38101-0933 |
| Trenton, NJ  08650-4853 | |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 23-11518 / MEH**

Vincent J Puglisi

Petition Filed Date: 02/27/2023
341 Hearing Date: 03/30/2023
Confirmation Date: 07/26/2023

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2025 | $515.00 | | 02/10/2025 | $515.00 | | 03/10/2025 | $515.00 | |
| 04/14/2025 | $515.00 | | 05/12/2025 | $515.00 | | 06/09/2025 | $515.00 | |
| 07/14/2025 | $515.00 | | 08/12/2025 | $515.00 | | 09/16/2025 | $515.00 | |
| 10/14/2025 | $515.00 | | 11/10/2025 | $515.00 | | 12/15/2025 | $515.00 | |
| 01/12/2026 | $515.00 | | 02/09/2026 | $515.00 | | | | |

**Total Receipts for the Period:  $7,210.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $17,912.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Vincent J Puglisi | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq. <br> »» ATTY DISCLOSURE | Attorney Fees | $2,680.00 | $2,680.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE <br> »» 2019-2020 | Priority Crediors | $14,653.76 | $11,208.17 | $3,445.59 |
| 2 | INTERNAL REVENUE SERVICE <br> »» 2018 | Unsecured Creditors | $4,052.92 | $0.00 | $4,052.92 |
| 3 | DISCOVER BANK | Unsecured Creditors | $20,902.63 | $0.00 | $20,902.63 |
| 4 | NAVIENT | Unsecured Creditors | $936.06 | $0.00 | $936.06 |
| 5 | HARLEY-DAVIDSON CREDIT CORP. <br> »» 2019 HARLEY DAVIDSON FLDE DELUXE | Debt Secured by Vehicle <br> No Disbursements: Surrendered - Full Satisfact | $0.00 | $0.00 | $0.00 |
| 6 | USB LEASING LT <br> »» 2022 TOYOTA TACOMA/LEASE ASSUMED | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC <br> »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $3,079.70 | $0.00 | $3,079.70 |
| 8 | NJ DIVISION OF TAXATION <br> »» 2019-2020 | Priority Crediors | $733.20 | $560.79 | $172.41 |
| 9 | CITIBANK, N.A. <br> »» WAWA CREDIT CARD | Unsecured Creditors | $1,602.33 | $0.00 | $1,602.33 |
| 10 | M&T BANK <br> »» P/19 FONTANA ST/1ST MTG/AMERIHOME | Mortgage Arrears | $1,183.47 | $1,183.47 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS, LLC <br> »» CARECREDIT | Unsecured Creditors | $3,364.82 | $0.00 | $3,364.82 |

**Chapter 13 Case No. 23-11518 / MEH**

<table>
<tr><td colspan="4" align="center"><strong>SUMMARY</strong></td></tr>
<tr><td colspan="4">Summary of all receipts and disbursements from date filed through 2/19/2026:</td></tr>
<tr><td>Total Receipts:</td><td>$17,912.00</td><td>Plan Balance:</td><td>$12,360.00 **</td></tr>
<tr><td>Paid to Claims:</td><td>$15,632.43</td><td>Current Monthly Payment:</td><td>$515.00</td></tr>
<tr><td>Paid to Trustee:</td><td>$1,325.79</td><td>Arrearages:</td><td>$0.00</td></tr>
<tr><td>Funds on Hand:</td><td>$953.78</td><td>Total Plan Base:</td><td>$30,272.00</td></tr>
</table>

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or
scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**