Laura  Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: 848-288-9512
NJ_ECF_Notices@mccalla.com
Attorneys for Creditor

**Order Filed on May 20, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: <br><br> Vincent J Puglisi, <br><br><br> Debtor. | Case No. 23-11518-EJO <br><br> Hearing Date: May 20, 2026 at 9:00 a.m. <br><br> Judge: Eamonn James O'Hagan <br><br> Chapter 13 |

Recommended Local Form    ☒  Followed    ☐  Modified

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages is hereby **ORDERED**

**DATED: May 20, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Upon the motion of  as serviced by USB Leasing LT, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real property more fully described as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☒ Personal property more fully described as:
    2022 TOYOTA TACOMA 4X
    VIN: 3TYSZ5AN7NT084106

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 23-11518-EJO

Vincent J Puglisi                                                                                Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                        Page 1 of 2

Date Rcvd: May 21, 2026                       Form ID: pdf903                                     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

**Recip ID                  Recipient Name and Address**
db                    +     Vincent J Puglisi, 19 Fontana Street, Toms River, NJ 08757-5741

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:**

**Name                       Email Address**

Albert Russo

                            docs@russotrustee.com

Andrew M. Lubin

                            on behalf of Creditor AmeriHome Mortgage Company  LLC nj-ecfmail@mwc-law.com, alubin@mwc-law.com

Laura M. Egerman

                            on behalf of Creditor USB Leasing LT laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com

Matthew K. Fissel

                            on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Robert Cameron Legg

                            on behalf of Debtor Vincent J Puglisi courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

U.S. Trustee

                            USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-3                                    User: admin                                              Page 2 of 2
Date Rcvd: May 21, 2026                                 Form ID: pdf903                                    Total Noticed: 1
TOTAL: 6